# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2025

## NO. 03-25-00285-CV

**Alan Rios, Appellant**

**v.**

**SHFC Wildhorse Land LLC d/b/a Wildhorse Flats, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS**
**DISMISSED FOR WANT OF PROSECUTION –**
**OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the judgment signed by the trial court on April 16, 2025. Having reviewed the record, the Court holds that Alan Rios has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.